

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellants

v.

**CITY OF SAN MARCOS, TEXAS**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

This appeal was scheduled for formal submission and oral argument on Thursday, May 7, 2020 at 2:00 p.m. On March 19, 2020, the Texas Supreme Court issued its Third Emergency Order Regarding the COVID-19 State of Disaster, which states that "[c]ourts must not conduct non-essential proceedings in person contrary to local, state, or national directives, whichever is most restrictive, regarding maximum group size" until at least May 8, 2020. We therefore **ORDER** the oral argument scheduled for May 7, 2020 at 2:00 p.m. cancelled, and the submission date of May 7, 2020 withdrawn.

We further **ORDER** the parties to file supplemental briefing addressing the application of sections 43.901 and 43.054 and former section 43.028(b) of the Texas Local Government Code to these circumstances. In their supplemental briefing, the parties should discuss the distinction, if any, between the terms "consent" and "petition" as they are used in those statutes and discuss these statutes in light of the analysis in *City of Murphy v. City of Parker*, 932 S.W.3d 479 (Tex. 1996) and *City of Celina v. City of Pilot Point*, No. 02-08-00230-CV, 2009 WL 2750978 (Tex. App.—Fort Worth Aug. 31, 2009, pet. denied).

Appellants' supplemental briefing is due **by April 10, 2020**. Appellee's supplemental briefing will be due 10 days after the filing of appellants' supplemental briefing. All parties' supplemental briefing is limited to 2,000 words and should only address the issues listed in this order.

If one or more parties do not intend to submit supplemental briefing, we **ORDER** those parties to notify this court and the other parties **by April 3, 2020**. This appeal will be set for formal submission on a later date.

It is so **ORDERED** on March 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court